USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___2/5/26___

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HAYMOUNT URGENT CARE PC and ROBERT A. CLINTON, JR.,<br><br>      Plaintiffs,<br><br>  - against -<br><br>CASH COIN, LLC,<br><br>      Defendant. | 25-CV-7228 (VM)<br><br>ORDER |

**VICTOR MARRERO, United States District Judge.**

A review of the Docket Sheet for this action indicates that there has been no record of any proceedings or filings of any papers of correspondence with the Court since October 29, 2025. At that time, an affidavit of service as to the Defendant was filed. (See Dkt. No. 8.) Accordingly, it is hereby

**ORDERED** that Plaintiffs inform the Court, within five (5) days of the date of this Order, concerning the status of this action and Plaintiffs' contemplation with regard to any further proceedings. Plaintiffs are hereby warned that failure to respond to this Order could result in dismissal for failure to prosecute or other appropriate sanction.

**SO ORDERED.**

Dated: 5 February 2026
    New York, New York

              _____
                Victor Marrero
                U.S.D.J.